**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

<table>
<tr><td>

S-PLATFORM, LLC,

      Plaintiff,

   v.

RPM EXPRESS, INC.; JOHN DOES 1-10;
JANE DOES 1-10; and ABC COMPANIES
1-10,

      Defendants.

</td><td>

Case No. 2:23-cv-21480 (BRM) (AME)

**ORDER**

</td></tr>
</table>

**THIS MATTER** is before the Court is Plaintiff S-Platform, LLC's ("Plaintiff") Motion for Default Judgment pursuant to Federal Rule of Civil Procedure ("Rule") 55(b). (ECF No. 29.) Defendant RPM Express, Inc. ("Defendant") filed an Opposition and Cross-Motion to Vacate Default under Rule 55(c) (ECF No. 31), and Plaintiff filed a Reply (ECF No. 32). This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a). Having reviewed and considered the submissions filed in connection with the Motion and Cross-Motion and having declined to hold oral argument pursuant to Rule 78(b), for the reasons set forth in the accompanying opinion and for good cause having been shown,

**IT IS** on this 12th day of May 2026,

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 29) pursuant to Rule 55(b) is **ADMINISTRATIVELY TERMINATED** without prejudice to reinstatement; and it is further

**ORDERED** that Defendant's Cross-Motion to Vacate Default (ECF No. 31) pursuant to Rule 55(c) is **ADMINISTRATIVELY TERMINATED** without prejudice to reinstatement; and it is further

1

**ORDERED** that action is stayed *sua sponte* for ninety (90) days from the date of this order to allow the parties to complete either private mediation or arbitration; and it is further

**ORDERED** that if neither mediation nor arbitration is completed within the time allotted, both Plaintiff's Motion for Default Judgment and Defendant's Cross-Motion to Vacate Default will be automatically reinstated to be determined on the merits based on the original submissions (ECF Nos. 29, 31, 32) without the opportunity for additional briefing; and it is further

**ORDERED** that the parties are to file a joint status report apprising the Court of the status of the private mediation or arbitration no later than August 10, 2026.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**

2